UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LANCE MILES FUNDERBURK,

                Plaintiff,

-against-

C.O. "JOHN" BARIONNETTE (#7739) et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/1/2023

1:19-cv-10365 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    IT IS HEREBY ORDERED that defense counsel shall confer with Plaintiff, and the parties shall file a joint status letter with proposed steps to move this case forward by October 5, 2023.

**SO ORDERED.**

Date:  **September 1, 2023**
       **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**

1